**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
**AMY E. POTTER, D.C. BAR #482806**
Assistant United States Attorney
Amy.Potter@usdoj.gov
405 E. 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone: (541) 465-6771
Attorneys for the Respondent.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JOHN P. STIRLING**, | Case No.: 3:20-cv-00712-SB |
| Petitioner, | RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| **DEWAYNE HENDRIX, Warden**, | |
| Respondent. | |

Respondent, by and through the undersigned counsel, hereby enters appearance of Assistant United States Attorney Amy Potter as counsel in this matter.

DATED this 15th day of September 2021.

                                                          SCOTT ERIK ASPHAUG
                                                          Acting United States Attorney
                                                          District of Oregon

                                                          *s/ Amy E. Potter*
                                                          AMY E. POTTER
                                                          Assistant United States Attorney