**SCOTT ERIK ASPHAUG, OSB #833674**
United States Attorney
**ALISON M. MILNE, OSB #155212**
**AMY POTTER, D.C. BAR #482806**
Assistant United States Attorneys
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone:  503.727.1100
Email:  alison.milne@usdoj.gov
             amy.potter@usdoj.gov
    Attorneys for the Government

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JOHN P. STIRLING**, | Case No. 3:20-cv-00712-SB |
| Petitioner, | |
| v. | RESPONDENT'S SUPPLEMENTAL STATUS REPORT |
| **DEWAYNE HENDRIX**, Warden, FCI Sheridan, | |
| Respondent. | |

Respondent DeWayne Hendrix, through counsel Alison Milne and Amy Potter, submits this supplemental status report for the benefit of the Court and the public.[1]

---

[1] The statistics and other information concerning FCI Sheridan are based upon information provided by BOP counsel and what is available on the website.

Page 1     Respondent's Supplemental Status Report

1. **Inmate Infections.** As of February 22, 2022, there were 13 active COVID-19 case(s) among inmates at FCI Sheridan. To date, COVID-19 has not caused any inmate at FCI Sheridan to require placement on a ventilator and there are currently no FCI Sheridan inmates hospitalized due to Covid-19. From time to time, however, FCI Sheridan has transferred particularly sick inmates to a local community hospital but never more than two at any one time.

2. **Staff Infections.** Among FCI Sheridan staff, there are currently 6 active cases. Screening procedures remain in effect.

3. **Testing.** Inmates are tested upon arrival/departure from the facility. They are also tested in they are symptomatic, if exposed to Covid, if un-vaccinated and placed on quarantine for release, and for general surveillance testing

4. **Inmate Population.** As of February 22, 2022, FCI Sheridan housed 1,523 inmates at its three facilities—1009 at the FCI; 229 at the FDC; and 285 at the Camp.

5. **Quarantine Conditions.** The suspension of social visits that began on January 6, 2022, due to the risks posed by Omicron remains ongoing, but legal visits are now permitted. The majority of housing units are back to fully modified operations meaning that programming, jobs and commissary privileges are available to inmates. Only those in isolation or quarantine status are restricted from participating at this time. Two inmates are in isolation in the gym while the other 11

Covid positive inmates are in isolation elsewhere.

DATED this 23rd day of February 2022.

                Respectfully submitted,

                SCOTT ERIK ASPHAUG
                United States Attorney
                District of Oregon

                */s/ Alison M. Milne*
                ALISON M. MILNE
                Assistant United States Attorney

                */s/ Amy Potter*
                AMY POTTER
                Assistant United States Attorney
                Attorneys for the Government